this Opinion Has No Precedential Value. It Should not be cited or
relied on as precedent in any proceeding except as provided by rule 268(d)(2),
scacr.

 

THE STATE OF SOUTH CAROLINA

In The Court of Appeals

 

 

 
 
 The State,
 
 
 Respondent,
 
 

 

v.

 
 
 Danzell Morris,
 
 
 Appellant.
 
 

 

 

__________

 

Appeal From Horry County

 Steven H. John, Circuit Court Judge

__________

 

Unpublished Opinion No. 2010-UP-148

Submitted January 4, 2010  Filed February
23, 2010    

__________

 

Appeal Dismissed

__________

 

Appellate Defender Robert M. Pachak, of Columbia, for Appellant. 

 

Attorney General Henry Dargan McMaster, Chief
Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
Salley W. Elliott, of Columbia; and Solicitor John Gregory Hembree, of Conway,
for Respondent.

 

PER CURIAM:  Danzell Morris appeals his convictions
for possession of cocaine base, possession of Demerol, and possession of Xanax. 
Morris asserts the court erred in denying his motion for a directed verdict. 
After a thorough review of the record and counsel's brief pursuant to Anders
v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
116, 406 S.E.2d 357 (1991), we dismiss Morris's appeal and grant counsel's motion
to be relieved.[1]

 

appeal dismissed.

 

SHORT, THOMAS, and
KONDUROS, JJ., concur.

[1]
We decide this case without oral argument
pursuant to Rule 215, SCACR.